UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS WATKINS,

                    Petitioner,

          -versus-                    No. 16 Civ. 4055 (LAP) (BCM)

JOHN C. COLVIN,                            ORDER

                    Respondent.

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

     On August 30, 2019, United States Magistrate Judge Barbara
Moses issued a Report and Recommendation [dkt. no. 70]
recommending that the Court deny Petitioner Dennis Watkins's
petition [dkt. no. 25] for a writ of habeas corpus under 28
U.S.C. § 2254.  The parties were given fourteen days to file
objections to the Report and Recommendation; no objections have
been filed.  When nobody objects to a Report and Recommendation,
the "district court need only satisfy itself that there is no
clear error on the face of the record." Urena v. New York, 160
F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v.
Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).  The Court has
reviewed the record and the Report and Recommendation for clear
error and, finding none, hereby adopts Magistrate Moses's Report
and Recommendation in its entirety as the opinion of the Court.

Mr. Watkins's habeas corpus petition is therefore DENIED. Finding that Mr. Watkins has not demonstrated a denial of a constitutional right, a certificate of appealability is DENIED. The Clerk of the Court is directed to mail a copy of this order to Mr. Watkins and to mark the action closed and all pending motions denied as moot.


SO ORDERED.

Dated:  March 23, 2020
        New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge