# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DENNIS WATKINS,

                      Petitioner,          16 CIVIL 4055 (LAP) (BCM)

       -against-                    **JUDGMENT**

JOHN C. COLVIN,

                      Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2020, Magistrate Judge Moses's Report and Recommendation is adopted in its entirety as the opinion of the Court; no objections having been filed; Mr. Watkins's habeas corpus petition is therefore denied; finding that Mr. Watkins has not demonstrated denial of a constitutional right, a certificate of appealability is denied; accordingly, the action is closed and all pending motions denied as moot.

**DATED:** New York, New York
            March 25, 2020

                                                          **RUBY J. KRAJICK**

                                                             _____

                                                                 Clerk of Court

                              **BY:**

                                                                 _____

                                                                  **Deputy Clerk**